IN THE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br>    Plaintiff, <br><br> v. <br><br> ACTIVE NETWORK, LLC, <br><br>    Defendant. | Case No. 4:22-cv-00898-ALM |

**AGREED ORDER GRANTING AGREED MOTION FOR ENTRY OF ORDER STAYING CASE PENDING FINAL RESOLUTION OF ANY SUPREME COURT REVIEW OF THE FIFTH CIRCUIT DECISION IN *COMMUNITY FINANCIAL SERVICES ASSOCATION OF AMERICA, LTD. v. CFPB***

Having considered the Parties' Agreed Motion for Entry of Order Staying Case Pending Final Resolution of any Supreme Court Review of the Fifth Circuit's Decision in *Community Financial Services Association of America, Ltd. v. CFPB* (the "Agreed Motion" - Dkt. #13), it is hereby **ORDERED** that the Agreed Motion is **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

1. All proceedings in this action shall be stayed until after the Supreme Court's final disposition of the CFPB's petition for a writ of certiorari in *CFPB v. Community Financial Services Association of America Ltd.*, No. 22-448, or the Supreme Court's final disposition of the case on the merits, whichever is later;

2. Any party may move the Court to lift the stay before it expires on its own terms, upon a showing of good cause; and

3. The parties shall file a Joint Report within 45 days of the conclusion of the stay. The

Joint Report shall contain statements of how the parties wish to proceed.

**IT IS SO ORDERED.**

**SIGNED this 29th day of November, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE