# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 4:22-CV-00898-ALM |
| ACTIVE NETWORK, LLC, | | |
| Defendant. | | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW J. DOUGLAS BALDRIDGE AS COUNSEL OF RECORD

Before the Court is Defendant's Motion to Withdraw J. Douglas Baldridge as Counsel of Record ("Motion to Withdraw" - Dkt. #16). After considering the Motion to Withdraw, and noting that the Motion to Withdraw is unopposed, the Court finds that the Motion to Withdraw should be and hereby is GRANTED.

It is therefore ORDERED that attorney J. Douglas Baldridge is hereby withdrawn as counsel of record for Defendant Active Network, LLC and that Mr. Baldridge be removed from the docket and all service lists and no longer receive electronic notice in this case.

**IT IS SO ORDERED.**

SIGNED this 20th day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE