**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-CV-00898-ALM** |
| | § | |
| **ACTIVE NETWORK, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

After considering Defendant Active Network, LLC's Unopposed Motion to Extend Deadline to File Replies in Support of Motion to Dismiss and Motion to Stay, the Court is of the opinion that the Unopposed Motion is well taken and should be GRANTED. It is, therefore:

ORDERED that Active Network, LLC shall have until and including Monday, July 29, 2024, to file its replies in support of its pending Motion to Dismiss Plaintiff's First Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6) and Brief in Support (Dkt. No. 28) and Motion to Stay Discovery ("Motion to Stay"). (Dkt. No. 30.)

**SIGNED this 18th day of July, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE