# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br>*Plaintiff*,<br><br>vs.<br><br>ACTIVE NETWORK, LLC,<br>*Defendant*. | § § § § § § § § § § §   Civil Action No.  4:22-CV-00898<br>Judge Mazzant |

## ORDER

Pending before the Court is Defendant Active Network, LLC's Motion to Stay Discovery (Dkt. #30).  On June 21, 2024, Defendant filed its Motion to Stay Discovery (Dkt. #30).  On July 15, 2024, Plaintiff filed a response (Dkt. #39) and on July 29, 2024, Defendant filed a reply (Dkt. #44). Having considered the motion and the relevant pleadings, the Court finds that the motion should be **DENIED**.

It is therefore **ORDERED** that Defendant Active Network, LLC's Motion to Stay Discovery (Dkt. #30) is **DENIED**.

**IT IS SO ORDERED.**
**SIGNED this 7th day of October, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE