UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>v.<br><br>ACTIVE NETWORK, LLC,<br><br>    Defendant. | Case No. 4:22-cv-00898-ALM |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
LINDSEY SIEGEL AS COUNSEL OF RECORD**

1.  Pursuant to Local Rule CV-11(c), Plaintiff Consumer Financial Protection Bureau ("Bureau") moves this Court for permission to withdraw Lindsey Siegel as counsel of record on behalf of the Bureau in this matter. Ms. Siegel is no longer employed by the Bureau, which will continue to be represented by the remaining undersigned counsel. The Bureau consents to Ms. Siegel's withdrawal. Defendant Active Network, LLC, does not oppose this motion.

2.  Wherefore, the Bureau respectfully requests that the Court grant this motion, withdraw Ms. Siegel as counsel of record, and remove her from the docket and all service lists so that she no longer receives electronic notice in this case.

Dated: March 4, 2025                     Respectfully Submitted,

                                        Consumer Financial Protection Bureau

                                        MARC PAOLETTA
                                        Chief Legal Officer

                                        DANIEL SHAPIRO
                                        Deputy Chief Legal Officer

1

CARA PETERSEN
Principal Deputy Enforcement Director

RICHA S. DASGUPTA
Deputy Enforcement Director

KATHLEEN A. CONNOLLY
Assistant Deputy Enforcement Director

<u>/s/ Christopher D. Jackson</u>
Christopher D. Jackson*
Senior Litigation Counsel
Virginia Bar No. 75027
Telephone: 202-435-5240
Email: christopher.jackson@cfpb.gov

J. Khalid Hargrove*
Senior Litigation Counsel
DC Bar No. 989615
Telephone: 202-595-4944
Email: jimmy.hargrove@cfpb.gov

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

*Approved to appear *pro hac vice*

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendant conferred by telephone on February 27, 2025, in compliance with Local Rule CV-7(h). Counsel for Defendant stated that Defendant is unopposed to the relief requested.

                                              */s/ Christopher D. Jackson*
                                              Christopher D. Jackson*

## **CERTIFICATE OF SERVICE**

I certify that on March 4, 2025, I electronically filed Plaintiff's Motion to Withdraw Lindsey Siegel as Counsel of Record with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                              */s/ Christopher D. Jackson*
                                              Christopher D. Jackson*