UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>     Plaintiff,<br><br>v.<br><br>ACTIVE NETWORK, LLC,<br><br>     Defendant. | Case No. 4:22-cv-00898-ALM |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW LINDSEY SIEGEL AS COUNSEL OF RECORD**

On this day came to be heard Plaintiff's Unopposed Motion to Withdraw Lindsey Siegel as Counsel of Record ("Unopposed Motion to Withdraw"). After considering the Unopposed Motion to Withdraw, the Court finds that the Motion to Withdraw should be GRANTED.

IT IS, THEREFORE ORDERED that attorney Lindsey Siegel is hereby withdrawn as counsel of record for Plaintiff Consumer Financial Protection Bureau, and that Ms. Siegel be removed from the docket and all service lists and no longer receive electronic notice in this case.