UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:22-cv-00898-ALM ) |
| ACTIVE NETWORK, LLC, | ) ) |
| Defendant. | ) ) |

# ORDER

After considering Defendant Active Network, LLC's Motion to Stay Discovery ("Motion to Stay" - Dkt. #66) and Plaintiff's Response thereto (Dkt. #67), the Court finds that the Motion to Stay is well taken and should be GRANTED.

It is therefore ORDERED that all proceedings in this matter are stayed for up to sixty (60) days pending the resolution of Plaintiff Consumer Financial Protection Bureau ("CFPB")'s consideration as to whether to continue this litigation.

It is further ORDERED that the CFPB shall file a Status Report within sixty (60) days of the date this Order is signed indicating whether it intends to proceed with this case.

It is further ORDERED that if the CFPB fails to submit a Status Report within sixty (60) days this order is signed, then this matter shall be dismissed.

**IT IS SO ORDERED.**
SIGNED this 6th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE