UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　Plaintiff,<br><br>v.<br><br>ACTIVE NETWORK, LLC,<br><br>　　Defendant. | Case No. 4:22-cv-00898-ALM |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and Defendant stipulate that the above-captioned action is voluntarily dismissed against Defendant, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Respectfully Submitted,

Dated: April 30, 2025

Consumer Financial Protection Bureau

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

CARA PETERSEN
Principal Deputy Enforcement Director

KATHLEEN A. CONNOLLY
Assistant Deputy Enforcement Director

/s/ Christopher D. Jackson
Christopher D. Jackson*
Senior Litigation Counsel
Virginia Bar No. 75027
Telephone: 202-435-5240
Email: christopher.jackson@cfpb.gov

J. Khalid Hargrove*
Senior Litigation Counsel
Telephone: 202-595-4944
Email: jimmy.hargrove@cfpb.gov

*Attorneys for Plaintiff*

/s/ Leonard L. Gordon
**VENABLE LLP**
Leonard L. Gordon*
New York Bar No. 5031463
151 W. 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500
LLGordon@Venable.com

Benjamin E. Horowitz*
600 Massachusetts Avenue NW
Washington, D.C. 20001
(202) 344-4000
BEHorowitz@Venable.com

Elizabeth C. Rinehart*
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400
ECRinehart@Venable.com

**BAILEY BRAUER PLLC**
Clayton E. Bailey
Texas Bar No. 00796151
Campbell Centre I
8350 N. Central Expressway, Suite 650
Dallas, Texas 75206
(214) 360-7424
CBailey@baileybrauer.com

*Attorneys for Defendant*

*Approved to appear *pro hac vice*

**CERTIFICATE OF SERVICE**

      I certify that on April 30, 2025, I electronically filed the Joint Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                      */s/ Christoper D. Jackson*
                                      Christopher D. Jackson*